IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT MCKINNON, III,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0426

Opinion filed March 3, 2017.

Emergency Petition for Writ of Mandamus -- Original Jurisdiction.

Robert McKinnon, III, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of mandamus is denied on the merits.

ROBERTS, C.J., WINOKUR and M.K. THOMAS, JJ., CONCUR.